IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HASANI LEE, in Proper Persona; and TONI WIGGINS, In Proper Persona;<br><br>Plaintiffs,<br><br>vs.<br><br>OMAHA HOUSING AUTHORITY,<br><br>Defendant. | 8:25CV735<br><br>MEMORANDUM AND ORDER |

Plaintiff Hasani Lee, a non-prisoner, filed a Motion for Leave to Proceed in Forma Pauperis. Filing No. 2. Upon review of Plaintiff's Motion, the Court finds that Plaintiff Hasani Lee is financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that Plaintiff Hasani Lee's Motion for Leave to Proceed in Forma Pauperis, Filing No. 2, is granted, and Plaintiff Hasani Lee is relieved from payment of the filing fees. Plaintiff is advised that the next step in his case will be for the Court to conduct an initial review of his claims to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2). The Court will conduct this initial review in its normal course of business.

Dated this 6th day of January, 2026.

BY THE COURT:

*Joseph F. Bataillon*

Joseph F. Bataillon
Senior United States District Judge