IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HASANI LEE, in Proper Persona; and TONI WIGGINS, In Proper Persona;<br><br>Plaintiffs,<br><br>vs.<br><br>OMAHA HOUSING AUTHORITY,<br><br>Defendant. | 8:25CV735<br><br>**MEMORANDUM AND ORDER** |

This matter is before the Court on its own motion. Plaintiffs Hasani Lee ("Lee") and Toni Wiggins ("Wiggins") filed a Complaint, Filing No. 1, on December 22, 2025, which they both signed. Plaintiff Lee also filed a Motion for Leave to Proceed in Forma Pauperis ("IFP"), Filing No. 2, signed only by Lee, which the Court granted on this date in a separate order, Filing No. 5. However, Plaintiff Wiggins did not file a motion seeking leave to proceed IFP. Plaintiff Wiggins cannot proceed as a plaintiff in this case without payment of the filing fees unless Wiggins submits a separate motion for leave to proceed IFP. See NECivR 3.3(c) ("If more than one person brings a civil action for which leave to proceed in forma pauperis is requested, each plaintiff must file an application[ and] affidavit . . . ."). Alternatively, Plaintiff Wiggins may submit the $405.00 filing and administrative fees to the Clerk's office. Failure to take either action within 30 days will result in the Court dismissing Plaintiff Wiggins as a party to this action without further notice.

IT IS THEREFORE ORDERED that:

1. Plaintiff Wiggins is directed to submit the $405.00 fees to the Clerk's office or submit a separate request to proceed in forma pauperis within 30 days. Failure to take either action will result in dismissal of this matter without further notice.

2. The Clerk of the Court is directed to send to Plaintiff Wiggins the Form AO240 ("Application to Proceed Without Prepayment of Fees and Affidavit").

3. The Clerk of the Court is directed to set a pro se case management deadline in this matter with the following text: **February 5, 2026**: Check for Plaintiff Wiggins' MIFP or payment.

Dated this 6th day of January, 2026.

BY THE COURT:

*[signature]*

Joseph F. Bataillon
Senior United States District Judge