IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

HASANI LEE, in Proper Persona; and TONI WIGGINS, In Proper Persona;

Plaintiffs,

vs.

OMAHA HOUSING AUTHORITY,

Defendant.

**8:25CV735**

**MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiffs' Motion to Dismiss this Action Without Prejudice under Federal Rule of Civil Procedure 41(a)(2). Filing No. 12. Rule 41(a) states that a plaintiff may dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). In addition, Rule 41(a)(2) provides that an action may be dismissed at the plaintiff's request "on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2). Here, Plaintiffs ask the Court to dismiss this action without prejudice because the defendant, Omaha Housing Authority, has not been served with process and Plaintiffs wish to proceed with their claims against Omaha Housing Authority in their other pending action at *Lee et al. v. Omaha Housing Authority et al.*, Case No. 8:26-cv-00410-JFB-PRSE. Upon consideration,

IT IS THEREFORE ORDERED that:

1. Plaintiffs' request for dismissal of this action, Filing No. 12, is granted. Accordingly, this matter is dismissed without prejudice.

2. Plaintiffs' pending Motion to Compel Mandatory Initial Review and for Status Conference, Filing No. 9, and Motion for Ruling on Initial Review, Filing No. 11, are denied as moot.

3. The Court will enter a separate judgment in accordance with this Memorandum and Order.

Dated this 4th day of November, 2026.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge